

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00139-CR

Demond **FRANKLIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR6149A
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 27, 2018.

_____
Irene Rios, Justice